NO. 06-14-00102-CR

TYRELL DARNELL SMITH, Appellant

v

THE STATE OF TEXAS, Appellee

IN THE TEXAS COURT OF CRIMINAL APPEALS OF THE STATE OF TEXAS

PD-0652-15

## MOTION FOR EXTENSION OF TIME

Tyrell Darnell Smith, Appellant, requests an extension of time to file a petition for review, of the above styled and numbered case, with the Court of Criminal Appeals.

On May 1, 2015 the Court of Appeals Sixth Appelate District of Texas at Texarkana affirmed the judgement of the trial court. Appellant was informed of this on or about May 7th 2015. Appellant was and, has not been, informed, notified or counseled/advised as to how to further Appellants Appeal to the next step of the process.

Appointed counsel informed Appellant that counsel would no longer be representing Appellant by way of letter. However, counsel has not informed nor advised as to what Appellants rights are. Counsel also refuses to respond to inquiries or phone calls made by Appellant.

Appellant requests time to locate the necessary information to properly file a "petition for review" with Court of Criminal Appeals. Appellant also requests that this form be provided or the necessary information to accomplish this be provided if possible.

### PRAYER

Appellant prays that this court will grant said motion and provide all relief deemed proper.

### Certificate of Service

This is to certify that on May 20, 2015, a true and correct copy of the above and fore going document was mailed to the Court of Criminal Appeals, 201 W. 14th St, Austin, Texas 78701.

FILED IN
COURT OF CRIMINAL APPEALS

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 28 2015

Abel Acosta, Clerk

MAY 29 2015

Abel Acosta, Clerk

Tyrell Darnell Smith
Tyrell Darnell Smith
May 20, 2015